# Court of Appeals
# of the State of Georgia

ATLANTA, November 06, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0428.  IN RE: ESTATE OF ZORA HELEN GAINEY, DECEASED.**

On June 11, 2013, the probate court entered an order granting a petition to probate Zora Helen Gainey's will and denying a caveat to the will.  Zora Helen Gainey's son, Adrian Gainey, filed a motion for reconsideration, which the probate court denied.  On September 24, 2013, Adrian Gainey filed a notice of appeal to this Court.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order.  OCGA § 5-6-38 (a).  The denial of a motion for reconsideration is not a directly appealable order, and the filing of such a motion does not extend the time for appealing the underlying judgment.  *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).  Thus, Adrian Gainey's notice of appeal is invalid as to the order denying his motion for reconsideration and untimely as to the order granting the petition to probate his mother's will.  Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/06/2013
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.